IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSICA HILLS,

   *Plaintiff*,

v.     CASE NO.: 4:19cv604-MW/MJF

WARDEN and US DEPARTMENT
OF JUSTICE,

   *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 13. Upon consideration, with no objections having been filed by the parties,

**IT IS ORDERED**:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to comply with court orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED** on January 4, 2021.

                                                s/Mark E. Walker
                                              **Chief United States District Judge**